SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0074 WHA |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| MICHAEL EDISON, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on March 12, 2007, for initial appearance. The defendant was represented by John G. Hanlin, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to March 20, 2007, at 9:30 a.m. for plea and identification of counsel and at 2:00 p.m. for initial appearance before the Honorable William H. Alsup, United States District Court Judge.

The Court made a finding that the time from and including March 12, 2007, through and including March 20, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

    The parties hereby agree to and request that the case be continued until March 20, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: March 12, 2007

    /s/
JOHN G. HANLIN
Counsel for Michael Edison

DATED: March 12, 2007

    /s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: March 14, 2007

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE



STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA     2