1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,      )   Criminal No. CR 07-0074 WHA
15                                )
        Plaintiff,                )
16                                )
                                  )   **STIPULATION AND [PROPOSED]**
17      v.                        )   **ORDER EXCLUDING TIME**
                                  )
18                                )
   MICHAEL EDISON,                )
19                                )
        Defendant.                )
20                                )

21

22      The above-captioned matter came before the Court on March 20, 2007, for initial

23 appearance.  The defendant was represented by John G. Hanlin, Esq., and the government was

24 represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to

25 April 17, 2007, at 2:00 p.m. for motions and trial setting.

26      The Court made a finding that the time from and including March 20, 2007, through and

27 including April 17, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C.

28 § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

1  interest of the public and the defendant in a speedy trial.  The finding was based on the need for
2  the defendant to have reasonable time necessary for effective preparation, taking into account the
3  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv).
5      The parties hereby agree to and request that the case be continued until April 17, 2007,
6  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

13 DATED:    April 16, 2007            /s/
                                       JOHN G. HANLIN
14                                     Counsel for Michael Edison

16 DATED:    March 20, 2007            /s/
17                                     JEFFREY R. FINIGAN
                                       Assistant U.S. Attorney

19 So ordered.
20 DATED:   April 17, 2007

                                       WILLIAM H. ALSUP
21                                     UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 07-0074 WHA                         2