IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL EDISON,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 07-00074 WHA<br><br>**REQUEST FOR RESPONSE RE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

　　　　Provisionally the Court will relate the above-entitled action to C 07-1686 SBA. Before doing so, the Court would like to give all parties the opportunity to respond regarding the following issue. The undersigned was a member of Morrison & Foerster until August 1999. Before these cases were filed, however, the Court decided it would begin taking cases involving that law firm, sufficient time having passed. Out of an abundance of caution, any party with an objection based on this ground may file a short statement by **NOON** on **THURSDAY, APRIL 19, 2007**.

　　　**IT IS SO ORDERED.**

Dated: April 17, 2007.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE