SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0074 WHA |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| MICHAEL EDISON, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on April 17, 2007, for status. The defendant was represented by John G. Hanlin, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to May 8, 2007, at 2:00 p.m. for motions and trial setting.

The Court made a finding that the time from and including April 17, 2007, through and including May 8, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

1  interest of the public and the defendant in a speedy trial.  The finding was based on the need for
2  the defendant to have reasonable time necessary for effective preparation, taking into account the
3  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv).
5     The parties hereby agree to and request that the case be continued until May 8, 2007, and
6  that the exclusion of time until then be granted.  The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
10 prepare, taking into account the exercise of due diligence, and will provide for continuity of
11 counsel for the defendant.

13 DATED:     April 17, 2007                 /s/
                                             JOHN G. HANLIN
14                                           Counsel for Michael Edison

16 DATED:     April 17, 2007                 /s/
17                                           JEFFREY R. FINIGAN
                                             Assistant U.S. Attorney

19 So ordered.

20 DATED:     April 19, 2007.
                                             WILLIAM H. ALSUP
21                                           UNITED STATES DISTRICT COURT JUDGE

[Seal: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 07-0074 WHA                 2