IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL EDISON,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　/ | No. CR 07-00074 WHA<br><br>**ORDER DENYING MOTION TO RELATE CASES** |

　　　　The Court does not necessarily agree with the objection to Judge Alsup's presiding over case C 07-1686 SBA, but since the argument for relating the case is modest, Judge Alsup will **NOT** relate the case to avoid the issue for now.

　　　　**IT IS SO ORDERED.**

Dated: April 23, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Wm Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE