1  MICHAEL P. THORMAN, State Bar No. 63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 SOUTHLAND DR., SUITE 312
   HAYWARD, CA 94577
3  Tel: (510) 785-8400
   Fax: (510) 670-0955
4  michael@btbandb.com

5  Attorneys for Defendant MICHAEL EDISON

6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              CR 07-0074-WHA

11         Plaintiff,

12 v.

13 MICHAEL EDISON,                        [PROPOSED] ORDER

14         Defendants.

15 _____/

16
        GOOD CAUSE APPEARING based on defendant's need to arrange funds to hire
17
   counsel.
18
        IT IS HEREBY ORDERED THAT the Alameda County Sheriff's Department shall allow
19
   defendant to have access to a phone for four consecutive business days between the hours of 8
20
   a.m. and noon for a period not to exceed 30 minutes each day.
21

22 DATED: May 17, 2007.

23
                                           _____
24                                         JUDGE WILLIAM H. ALSUP
                                           United States District Court Judge
25

26

27 _____