SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> MICHAEL EDISON, </br> Defendant. | Criminal No. CR 07-0074 WHA </br></br> **STIPULATION AND [PROPOSED] ORDER RE PRETRIAL MOTION SCHEDULE** |

Pursuant to the Court's Scheduling Order for Criminal Case, the parties have agreed to the following briefing schedule for pretrial motions and respectfully request that the Court issue the Order herein affirming the schedule.

1.     Pretrial Motions (both parties)   -   October 22, 2007
2.     Oppositions (both parties)   -   November 2, 2007

STIPULATION AND [PROPOSED]
ORDER RE PRETRIAL MOTIONS
CR 07-0074 WHA

3.  Replies (both parties) - November 9, 2007

DATED: June 29, 2007

/s/
MICHAEL THORMAN
Counsel for Michael Edison

DATED: June 29, 2007

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: 7/2/2007

IT IS SO ORDERED
Judge William Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER RE PRETRIAL MOTIONS
CR 07-0074 WHA                    2