1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,      )   Criminal No. CR 07-0074 WHA
                                  )
15         Plaintiff,              )
                                  )
16                                )
                                  )   **STIPULATION AND [PROPOSED]**
17     v.                          )   **ORDER EXCLUDING TIME**
                                  )
18                                )
                                  )
19 MICHAEL EDISON,                )
                                  )
20         Defendant.              )
   _____)

21

22      The above-captioned matter came before the Court on July 24, 2007, to address issues

23 related to the fact that the defendant's wife, Debra Edison, has been charged with obstruction of

24 justice in relation with this case (Case # CR 07-0479 JSW).  The defendant was represented by

25 Michael Thorman, Esq., and the government was represented by Jeffrey Finigan, Assistant

26 United States Attorney.  The matter was set before Magistrate James Larson on July 25, 2007, for

27 appointment of CJAA co-counsel, assuming the defendant qualifies, and status before this Court

28 on August 16, 2007, at 3:30 p.m.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

In addition to the existing time exclusion already in place for this time period, the Court made a finding that the time from and including July 24, 2007, through and including August 16, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the unsettled status of the defendant's legal representation in light of his wife's case and the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until August 16, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: July 26, 2007

/s/
MICHAEL THORMAN
Counsel for Michael Edison


DATED: July 24, 2007

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney


So ordered.

DATED: July 30, 2007

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA                                2