SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL EDISON, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. CR 07-0074 WHA <br><br> **STIPULATION AND [PROPOSED] <br> ORDER EXCLUDING TIME** |

      The above-captioned matter came before the Court on August 15, 2007. The defendant was represented by Michael Thorman, Esq., AND Roger Patton, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was set before this Court on August 28, 2007, at 2:00 p.m. for further status and setting of motions.

      In addition to the existing time exclusion already in place for this time period, the Court made a finding that the time from and including August 15, 2007, through and including August 28, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

  The parties hereby agree to and request that the case be continued until August 28, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:   August 20, 2007        /s/
                    MICHAEL THORMAN
                    Counsel for Michael Edison

DATED:   August 20, 2007        /s/
                    ROGER PATTON
                    Counsel for Michael Edison

DATED:   August 15, 2007        /s/
                    JEFFREY R. FINIGAN
                    Assistant U.S. Attorney

So ordered.

DATED:   August 27, 2007

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED — Judge William Alsup]*

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 07-0074 WHA          2