```
1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0074 WHA |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| ) | |
| MICHAEL EDISON, ) | |
| Defendant. ) | |

The above-captioned matter came before the Court on October 16, 2007.  The defendant was represented by Roger Patton, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was set before this Court for jury trial on February 4, 2008, at 7:30 a.m.

In addition to the existing time exclusion already in place for this time period, the Court made a finding that the time from and including October 16, 2007, through and including February 4, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until February 4, 2008, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: October 17, 2007

/s/
ROGER PATTON
Counsel for Michael Edison

DATED: October 16, 2007

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: October 22, 2007.

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA               2