1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CASBN 163973)
    Chief, Criminal Division

4   JEFFREY R. FINIGAN (CASBN 168285)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue
    San Francisco, California  94102

7   Telephone: (415) 436-7232
    Facsimile: (415) 436-7234

8   Email: jeffrey.finigan@usdoj.gov

9   Attorneys for Plaintiff

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14
    UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0074 WHA
15                                    )
            Plaintiff,                )
16                                    )
                                      )   **STIPULATION AND [PROPOSED]**
17       v.                           )   **ORDER EXCLUDING TIME**
                                      )
18                                    )
    MICHAEL EDISON,                   )
19      a/k/a Michael J. Edison, and  )
    DEBRA EDISON,                     )
20      a/k/a Debra Legum-Edison,     )
        a/k/a Debra Sue Legum-Edison, )
21                                    )
            Defendants.               )
22                                    )
                                      )
23

24       The above-captioned matter came before the Court on March 26, 2008.  The defendant,

25   DEBRA EDISON, was represented by Eric Hairston, Esq., and the government was represented

26   by Jeffrey Finigan, Assistant United States Attorney.  A pretrial motions briefing schedule and

27   trial date were set with the defendant's motions due to be filed on April 22, 2008.  The

28   previously set appearance on June 3, 2008 was vacated.

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA

1    The Court made a finding that the time from and including March 26, 2008, through and

2 including April 22, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C.

3 § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

4 interest of the public and the defendant in a speedy trial.  The finding was based on the need for

5 the defendant to have reasonable time necessary for effective preparation and for continuity of

6 counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

7    The parties hereby agree to and request that the exclusion of time until April 22, 2008, be

8 granted.  The parties agree and stipulate that the additional time is appropriate and necessary

9 under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this

10 continuance outweigh the best interest of the public and the defendant in a speedy trial.  This

11 time exclusion will allow defense counsel to effectively prepare, taking into account the exercise

12 of due diligence, and will provide for continuity of counsel for the defendant.

13

14

15 DATED: March 27, 2008                           /s/
                                            ERIC HAIRSTON
16                                          Counsel for Debra Edison

17

18
     DATED: March 27, 2008                           /s/
19                                          JEFFREY R. FINIGAN
                                            Assistant U.S. Attorney
20

21 So ordered.

22 DATED:      March 27, 2008.

23                                          WILLIAM H. ALSUP
                                            UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0074 WHA                          2