JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7161
FAX: (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00074-001 WHA |
| Plaintiff, ) | **[PROPOSED] ORDER APPROVING** |
| v. ) | **STIPULATION INSTRUCTING U.S. MARSHAL'S SERVICE TO FORWARD SEIZED FUNDS TO CLERK OF THE COURT TO PAY DEFENDANT'S CRIMINAL MONETARY PENALTIES** |
| MICHAEL EDISON, ) | |
| Defendant. ) | |

The Court, having reviewed the Parties' Stipulation Instructing U.S. Marshal's Service to Forward Seized Funds to Clerk of the Court to Pay Defendant's Criminal Monetary Penalties, and good cause appearing, hereby APPROVES the stipulation.

**IT IS SO ORDERED**.

DATED: January 15, 2009

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

[PROPOSED] ORDER APPROVING STIPULATION
CR 07-00074-001 WHA          -1-